OPINION — AG — ** LAND OFFICE COMMISSIONERS — BONDS ** UNDER THE PROVISIONS OF ARTICLE XI, SECTION 6 OKLAHOMA CONSTITUTION, AND 64 O.S. 51 [64-51], THE COMMISSIONERS OF THE LAND OFFICE 'MAY' EXCHANGE UNITED STATES TREASURY BONDS, IN WHICH THEY HAVE INVESTED, FOR NEW COMMUNITY DEVELOPMENT DEBENTURES HAVING THE SAME MATURITY VALUE AND HIGHER ANNUAL YIELD. (INVESTMENTS, SCHOOL LAND, PROCEEDS CHARGED, FUNDS, SECURITIES) CITE: OPINION NO. 73-277, ARTICLE VI, SECTION 32 (MIKE D. MARTIN)